FILED
11/18/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EVE BAKER SPARKS, PLAINTIFF,

v. Case No.: 1:26-cv-2504-JPH-TAB

PETER B. HEGSETH, SECRETARY
DEPARTMENT OF WAR,
DEFENSE FINANCE AND
ACCOUNTING SERVICE (DFAS), DEFENDANT

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND WRONGFUL TERMINATION

PARTIES

1. Plaintiff, Eve Baker Sparks, is an adult resident of Bedford, Indiana and a former probationary federal civilian employee of the Defense Finance and Accounting Service (DFAS).
2. Defendant is the Secretary, Department of War, for the Defense Finance and Accounting Service, sued in their official capacity as the head of the federal agency.

JURISDICTION & VENUE

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. (Race Discrimination and Retaliation); the Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C. § 621 et seq. (Age Discrimination); and

Section 501 of the Rehabilitation Act of 1973, 29 U.S.C. § 791 (Disability Discrimination).

4. Venue is proper in the Southern District of Indiana under 28 U.S.C. § 1391(b) because the Defense Finance and Accounting Service is located in Indianapolis, Indiana, and the unlawful employment practices occurred within this judicial district.

ADMINISTRATIVE EXHAUSTION

5. Plaintiff timely filed a formal administrative complaint of discrimination with the DFAS Equal Employment Opportunity (EEO) office.
6. On October 15, 2026, Plaintiff received a Final Agency Decision (FAD) denying relief.
7. Plaintiff has exhausted all administrative remedies, and this Complaint is timely filed within 90 calendar days of receiving the FAD.

FACTUAL ALLEGATIONS

8. Plaintiff was employed by DFAS at the Indianapolis facility. Plaintiff is a member of protected classes based on Race (Caucasian), Age (over 40), and Disability.
9. Throughout Plaintiff's tenure, Plaintiff maintained an exemplary employment record. Plaintiff's formal performance reviews were perfect, and call evaluations were flawless.
10. At no point during Plaintiff's employment were there any documented performance, behavioral, or disciplinary issues placed in Plaintiff's official employment file, signed by Plaintiff and management, or otherwise brought to Plaintiff's attention.
11. Prior to termination, Plaintiff engaged in protected activity by reporting ongoing workplace harassment perpetrated by other employees to management.

12. On September 17, 2025, precisely three business days before Plaintiff was scheduled to complete the probationary period and achieve permanent employment status, DFAS terminated Plaintiff's employment.
13. The sole written justification provided by management for the termination was Executive Order 14284 ("Strengthening Probationary Periods in the Federal Service"), citing a denial of affirmative retention certification.
14. Because Plaintiff possessed a perfect performance record with absolutely no documented or communicated policy violations, the agency's reliance on Executive Order 14284 as a procedural mechanism to block permanent status was a pretext for unlawful discrimination and retaliation.
15. The true motivating factors behind the refusal to certify Plaintiff and the subsequent termination were Plaintiff's race, age, disability, and unlawful retaliation for reporting harassment.

PRAYER FOR RELIEF WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant and award the following relief:

a. An award of front pay and future lost benefits in lieu of reinstatement, as reinstatement is unfeasible due to the severe retaliation and hostility exhibited by management;
b. Full back pay, including interest, and the restoration of all past lost benefits resulting from the unlawful termination from September 17, 2025, to the date of judgment;
c. Compensatory damages for emotional distress, humiliation, and harm to professional reputation caused by the Defendant's actions;
d. Any other relief this Court deems just and proper.

Dated: 11/18/2026

Respectfully submitted,
/s/Eve Sparks___________
Signature

Eve Baker Sparks, Pro Se
2517 Clover Lane, Apt B
Bedford, IN 47421
1-812-327-1669
ebsparks@alumni.iu.edu